Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:15CR00356

George Monsanto

On August 23, 2019, the above-named individual was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that George Monsanto be discharged from Supervised Release.

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-24-21

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 24th day of February, 2021.

*John F. Keenan*
Honorable John F. Keenan
Senior U.S. District Judge